3.

---

## Reitz et al. v. Evansville Terminal Railway.

[No. 21,772. Filed December 15, 1910.]

From Vanderburgh Circuit Court; *Alexander Gilchrist,* Judge.

Action by the Evansville Terminal Railway against Joseph F. Reitz and another. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*G. A. Cunningham,* for appellants.
*Funkhouser & Funkhouser* and *Robinson & Stilwell,* for appellee.

Hadley, J.—Action by appellee to condemn real estate of appellant, for use in the construction of a street and interurban railroad.

The single question arising in this appeal was fully considered and decided in *F. W. Cook Investment Co.* v. *Evansville, etc., Railway* (1910), *ante,* 3, and upon the authority of that case, this appeal cannot be sustained.

Judgment affirmed.